**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        -against-

MESHACH VALLADE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                        ORDER

          25 Crim. 00568 (GBD)

GEORGE B. DANIELS, United States District Judge:

An arraignment and initial conference for the above-captioned case is hereby scheduled before this Court on December 17, 2025 at 10:45 a.m.

Dated:  December 11, 2025
         New York, New York

                    SO ORDERED.

                    GEORGE B. DANIELS
                    United States District Judge