**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

MESHACH VALLADE,

Defendant.

ORDER

25 Crim. 00568 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the material factual disputes identified in the parties' submissions (Mot. to Suppress ("MTS"), ECF No. 22; MTS Exhibits, ECF No. 22-1, at 1–22; Opp. to MTS, ECF No. 23) and the record before this Court, the Government's letter motion for reconsideration of this Court's order granting Defendant an evidentiary hearing regarding ECF No. 22 is DENIED. The Government has not shown that this Court overlooked controlling law or facts, or that reconsideration is otherwise warranted. Defendant's moving papers are sufficiently definite, specific, detailed, and nonconjectural to demonstrate contested issues of material fact bearing on the motion to suppress. *See United States v. Pena*, 961 F.2d 333, 339 (2d Cir. 1992); *United States v. Watson*, 404 F.3d 163, 166-67 (2d Cir. 2005); *United States v. Tang Yuk*, 885 F.3d 57, 77 (2d Cir. 2018); *In re Terrorist Bombings of U.S. Embassies in East Africa*, 552 F.3d 157, 165 (2d Cir. 2008).

The Clerk of Court is directed to close the open motion at ECF No. 24.

Dated: July 6, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge